# EXHIBIT 1

**EXHIBIT 1**

**Friday, June 27, 2025 at 12:19:48 Eastern Daylight Time**

**Subject:** Substack Standards & Enforcement - Counter Notice Received
**Date:** Tuesday, June 3, 2025 at 9:56:49 PM Eastern Daylight Time
**From:** Substack Support
**To:** Stephen Nagy

This ticket was created on your behalf.

### Tex (Substack, Inc)

Jun 3, 2025, 9:56PM EDT

Hi Stephen,

Substack has received a DMCA Counter Notice from a publisher in response to your takedown request for the following post.

https://www.subutrade.com/markets-report-a-flat-2-weeks-big

Consistent with our Copyright Dispute Policy, please note that Substack may re-publish the disputed content should you fail to provide us proof of a pending legal action seeking a court order within 10 business days. Please review the complete policy for more details.

Please don't hesitate to reach out if you have any additional questions or concerns. I've included a copy of the publisher's counterclaim below for your convenience.

Best,

**Verbatim Counter Claim:**

I am submitting this DMCA counter notification pursuant to 17 U.S.C. § 512(g)(3). I have a good faith belief that the content was removed or disabled as a result of mistake or misidentification. The content consists of my independently created financial market research and commentary, based entirely on public data sources, common financial indicators, and my own analysis. No proprietary or copyrighted material belonging to MacroCharts or Stephen Nagy was copied.

I consent to the jurisdiction of the U.S. Federal District Court for the district where my address is located (or, if outside the U.S., to the Northern District of California), and I agree to accept service of process from the complainant.

I declare under penalty of perjury that the information provided is accurate and truthful.

Signed: Tony Chou

Date: June 2, 2025

**URL of content take down:**

https://www.subutrade.com/markets-report-a-flat-2-weeks-big

**Under penalty of perjury, do you have a good faith belief that the take down you received was a result of mistake or misidentification?**

 Yes

**Please provide your phone number:**

4374408540

**Please provide your address:**

148 Sycamore Street, L9Y 4E4, The Blue Mountains, Ontario, Canada

**Consent to jurisdiction:**

Yes

**Type your signature below to certify your counter notification:**

Tony Chou

2 of 3

Tex @ Substack

To add additional comments, reply to this email.