# EXHIBIT 3

**EXHIBIT 3**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## TX 9-521-136

**Effective Date of Registration:**
July 22, 2025
**Registration Decision Date:**
July 24, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Global Markets - Weekly Review - Macro Charts |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2025 |
| **Date of 1st Publication:** | May 31, 2025 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | MacroCharts Research LLC |
| **Author Created:** | text |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Anonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | MacroCharts Research LLC |
| | 159 N Wolcott St Ste 133, Casper, WY 82601 |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | MacroCharts Research LLC |
| **Address:** | 407 Lincoln Rd |
| | Suite 6H / 5002 |
| | Miami Beach, Flori 33139 United States |

## Certification

| | |
|---|---|
| **Name:** | Victor de Gyarfas |

Page 1 of 2

**Date**: July 01, 2025
**Applicant's Tracking Number**: TBA

**Correspondence:** Yes

**Registration #:** TX0009521136
**Service Request #:** 1-14951844551



Foley & Lardner LLP
Victor de Gyarfas
555 S Flower St
Ste 3300
Los Angeles, CA 90071 United States