# EXHIBIT 4

**EXHIBIT 4**

**Registration #:** TX0009521458
**Service Request #:** 1-14951852075

## Mail Certificate

Foley & Lardner LLP
Victor de Gyarfas
555 S Flower St
Ste 3300
Los Angeles, CA 90071 United States

**Priority:** Special Handling     **Application Date:** July 01, 2025

## Correspondent

**Organization Name:** Foley & Lardner LLP
**Name:** Victor de Gyarfas
**Email:** ipdocketing@foley.com
**Telephone:** (213)972-4500
**Address:** 555 S Flower St
Ste
Los Angeles, CA 90071 United States

**Registration Number**

# TX 9-521-458

**Effective Date of Registration:**
July 01, 2025
**Registration Decision Date:**
July 25, 2025

## Title

**Title of Work:** Quick Alert: FX & Precious Metals - Macro Charts

## Completion/Publication

**Year of Completion:** 2025
**Date of 1st Publication:** May 29, 2025
**Nation of 1st Publication:** United States

## Author

- **Author:** MacroCharts Research LLC
  **Author Created:** text, photograph(s)
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** MacroCharts Research LLC
407 Lincoln Rd, Suite 6H / 5002, Miami Beach, FL, 33139, United States

## Rights and Permissions

**Organization Name:** MacroCharts Research LLC
**Address:** 407 Lincoln Rd
Suite 6H / 5002
Miami Beach, Flori 33139 United States

## Certification

**Name:** Victor de Gyarfas
**Date:** July 01, 2025

**Correspondence:** Yes